1
2
3
4
5               UNITED STATES DISTRICT COURT
6               EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  SANTILLANES & SELLERS, LLC, a Washington limited liability company; 8  and RITA SANTILLANES and JOHN SANTILLANES, JR., husband and 9  wife,<br>    Plaintiffs,<br>10<br>    v.<br>11<br>    FDIC as Receiver for BANK OF 12  WHITMAN; and JOHN DOES I thru V, indivduals,<br>13<br>    Defendants. | NO:  CV-11-407-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

14

15   BEFORE the Court is the parties' Stipulated Motion for Dismissal with

16   Prejudice, ECF No. 24.  Having reviewed said motion and the file and pleadings

17   therein, the Court finds good cause to approve dismissal.  Accordingly,

18   **IT IS HEREBY ORDERED:**

19   1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No.**

20      **24**, is **GRANTED**.  Plaintiff's Complaint and all counterclaims and/or

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

cross-claims, if any, are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order and provide copies to counsel, and close this case.

**DATED** this 6th day of December 2012.

                          *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2